**NORTH COUNTRY EDUCATION ASSOCIATION v. THE BRIGHTON SCHOOL BOARD, et al., No. 56-76**

April 29, 1977. Judgment reserved on appellee's motion to dismiss appeal

until hearing on the merits to be set for the first week of June Term 1977.